JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALICIA-LAGUNA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:12-CV-01789-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>District Judge:   Percy Anderson<br>Courtroom:   15<br><br>Magistrate Judge:   Victor B. Kenton<br>Courtroom:   590<br><br>Complaint Filed:   October 16, 2012<br>Trial Date:   November 19, 2013 |

1  Having considered the Stipulation to Dismiss Entire Action by and between the
2  parties, the Court hereby orders that plaintiff, Alicia-Laguna, Inc. ("Plaintiff's")
3  claims against Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation,
4  and Circle K Stores Inc. ("Defendants") in this action are dismissed with prejudice
5  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims against
6  Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ. P.
7  41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

9  IT IS SO ORDERED.

12  Dated: October 30, 2013                    _____
13                                              Hon. Percy Anderson
                                                United States District Judge